

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-17-00213-CR

John Jerry **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 527018
Honorable Wayne A. Christian, Judge Presiding

## O R D E R

The trial court imposed appellant's sentence on January 31, 2017. Appellant's notice of appeal was due thirty days after the trial court's signed its judgment, or on March 2, 2017. Appellant's notice of appeal states the defendant filed his notice of appeal on March 10, 2017. A timely notice of appeal is necessary to invoke this court's jurisdiction. *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). We therefore order John Jerry Garza to file, by May 22, 2017, a response showing cause why this case should not be dismissed for want of jurisdiction. All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court